IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**FRANCINE HAWKINS**   **PLAINTIFF**

v.   **CASE NO. 2:20-CV-00037-BSM**

**COUNSELING AND EDUCATION CENTER INC.,** *et al.*   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE